UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN W. JOHNSON,<br><br>Defendant. | Case No. 92-cr-00497-FMS-1 / EMC<br><br>**ORDER TO SHOW CAUSE**<br>Docket No. 477 |

Before the Court is the motion of Defendant Marvin W. Johnson for an order under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015).

Unfortunately, Mr. Johnson's motion does not contain any substantive argument as to how or why his case is impacted by *Johnson*. While the Court appreciates that Mr. Johnson is proceeding pro se, it still needs some nonconclusory analysis from him in order for the Court to determine whether he has a colorable claim such that an answer from the government is merited.

Accordingly, the Court hereby orders Mr. Johnson to show cause as to how or why his case is affected by *Johnson*. Mr. Johnson shall have until **August 29, 2016** to file a response to this order to show cause. If Mr. Johnson does not file a response to this order to show cause, then the Court shall deny his motion to vacate, set aside, or correct his sentence.

///

///

///

///

1  Courtesy copies of this order shall be mailed to the U.S. Attorney's Office (Brian Stretch), Federal Public Defender (Steven Kalar) and to Mr. Johnson's former counsel (CJA appointment) Amitai Schwartz.

**IT IS SO ORDERED**.

Dated: June 29, 2016

_____
EDWARD M. CHEN
United States District Judge