| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAY 10 2017 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARVIN W. JOHNSON,

        Applicant,

 v.

UNITED STATES OF AMERICA,

        Respondent.

No. 16-72842

D.C. No. 3:92-cr-00497-EMC
Northern District of California,
San Francisco

ORDER

Before:     REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

    The applicant seeks authorization to file a second or successive 28 U.S.C. § 2255 motion raising a claim under *Johnson v. United States*, 135 S. Ct. 2551 (2015), and a claim that his due process rights were violated when he was sentenced for crimes for which he had neither been indicted nor charged. Insofar as the applicant seeks relief under *Johnson*, the application is denied as unnecessary and without prejudice. The record reflects that on December 16, 2016, the district court in case number 3:92-cr-00497-EMC granted the applicant's first section 2255 motion, which also raised a claim under *Johnson*. The district court has, however, stayed resentencing proceedings pending a decision by the Supreme Court in *Lynch v. Dimaya*, 15-1498.

With respect to the applicant's remaining claim, the application is denied because the applicant has not made a prima facie showing under 28 U.S.C. § 2255(h) of:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.
>
> Any pending motions are denied as moot.
>
> No further filings will be entertained in this case.