CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
chris@sugarmanandcannon.com

Attorneys for Defendant MARVIN JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARVIN JOHNSON,<br><br>    Defendant. | Case No. 92-CR-00497 EMC<br><br>**STIPILATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE** |

This Court has previously held that Marvin Johnson is entitled to be resentenced, and at a Status Hearing on May 1, 2018, the Court set the Sentencing Hearing for September 19, 2018. At the last Court date, the government indicated it was going to obtain Johnson's BOP file and provide a copy to the defense. The government has now done so. Defense counsel needs to discuss some matters in the file with Johnson in person and Johnson must be available for the upcoming resentencing.

At the last hearing, the parties also discussed setting a Status Hearing in advance of the resentencing, and the parties now jointly request a Status Hearing be set for September 5, 2018, at 2:30 p.m., during the Court's regularly scheduled criminal calendar. In order to assure the defendant's presence in this district to appear for the Status Hearing and the resentencing, the parties also request that the Court sign the contemporaneously filed Proposed Order directing the Marshal to bring Johnson to Court so that he may attend the status hearing. The defense believes that Johnson's continued presence in the Bay Area will expedite the resentencing process.

Dated: July 27, 2018            Respectfully submitted,

                                 /s/
                                Christopher J. Cannon
                                Matthew A. Laws
                                Attorneys for MARVIN JOHNSON

                                 /s/
                                Lloyd Farnham
                                Assistant United States Attorney


The Court sets a Status Hearing in this case for September 5, 2018 at 2:30pm.

Dated: July 27, 2018
                                Edward M. Chen
                                United States District Judge